# IN THE DISTRICT UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. SCOTTY ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-2021-19-HE |
| | ) |
| 1. OIL CAPITAL ELECTRIC, LLC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF MAY 2021.**

| | |
|---|---|
| s/ Amber L. Hurst | s/ Denelda L. Richardson |
| Mark Hammons, OBA #3784 | *(signed with permission of counsel)* |
| Amber L. Hurst, OBA # 21231 | Denelda L. Richardson, OBA #20103 |
| HAMMONS, HURST & ASSOCIATES | Lindsey E. Albers, OBA #19394 |
| 325 Dean A. McGee Avenue | RHODES, HIERONYMUS, JONES, |
| Oklahoma City, Oklahoma 73102 | TUCKER & GABLE |
| Telephone: (405) 235-6100 | P.O. Box 21100 |
| Facsimile: (405) 235-6111 | Tulsa, Oklahoma 74121 |
| amber@hammonslaw.com | Telephone: (918) 582-1173 |
| *Counsel for Plaintiff* | Facsimile: (918) 592-3390 |
| | drichardson@rhodesokla.com |
| | lalbers@rhodesokla.com |
| | *Counsel for Defendant* |